## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATATES OF AMERICA,**<br>          *Plaintiffs*,<br>v.<br>**ABDOULAYE KADER CISSE,**<br>          *Defendants.* | Criminal Action No. 25-450(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of defendant's motion to dismiss, ECF No. 18;

and it appearing that Judge Clark issued a Report and Recommendation dated June 25, 2025, in which Judge Clark recommended that this Court grant defendant's motion to dismiss the Complaint without prejudice, ECF No. 29 and 31; and

it appearing that neither the Government nor Defendant have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Clark's Report and Recommendation;

**IT IS** on this 19th day of August, 2025,

**ORDERED** that Judge Clark's Report and Recommendation dated June 25, 2025 is **ADOPTED** and Defendant's motion is **GRANTED**.

                                              *s/ Madeline Cox Arleo*
                                              **Hon. Madeline Cox Arleo**
                                              **United States District Judge**